Jorge Teodoro Cabrera, I, Esquire, Law Office, Los Angeles, CA, for Petitioner.

Eulalio Torres–Resendez, Big Bear Lake, CA, pro se.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Oil, David H. Wetmore, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Eulalio Torres–Resendez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion to reopen deportation proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785,

791–92 (9th Cir.2005). We deny the petition for review.

The agency did not abuse its discretion in denying Torres–Resendez's motion to reopen on the ground that the presented medical documentation was insufficient to establish Torres–Resendez had a "reasonable cause" for failing to attend his hearing. *See* 8 U.S.C. § 1252(b) (1982), *Matter of Haim*, 19 I. & N. Dec. 641, 642 (BIA 1988) (alien must demonstrate through affidavits or other evidentiary material he had a "reasonable cause" for failing to appear).

Torres–Resendez's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

**Hector Enrique ALFARO–FONSECA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–71693.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 21, 2011.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Thomas A. Lappin, Esquire, Law Office of Thomas A. Lappin, San Diego, CA, for Petitioner.

Andrew Jacob Oliveira, Esquire, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Hector Enrique Alfaro–Fonseca, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Lopez–Alvarado v. Ashcroft*, 381 F.3d 847, 850–51 (9th Cir.2004), and for abuse of discretion the denial of a motion to continue, *Barapind v. Reno*, 225 F.3d 1100, 1113 (9th Cir.2000). We deny the petition for review.

Substantial evidence supports the agency's adverse credibility finding because Alfaro–Fonseca's testimony regarding his multiple departures from the United States was materially inconsistent with the single departure listed on his applica-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion. *See Shrestha v. Holder,* 590 F.3d 1034, 1039–1044 (9th Cir.2010) (detailing this Court's REAL ID adverse credibility standards); *cf. Vera–Villegas v. INS,* 330 F.3d 1222, 1231–34 (9th Cir.2003). Because Alfaro–Fonseca's testimony was not credible and he did not provide sufficient supporting documentation of his physical presence in the United States during the statutory time period, substantial evidence supports the agency's determination that he did not meet his burden of establishing continuous physical presence. *See* 8 U.S.C. § 1229b(b)(1)(A).

The IJ did not abuse his discretion in denying a continuance on the ground that Alfaro–Fonseca did not demonstrate good cause. *See* 8 C.F.R. § 1003.29 (an IJ may grant a motion for continuance for good cause shown).

Alfaro–Fonseca's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**